AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

KIRK SPANGLE, et al,

                                Plaintiffs,                  JUDGMENT IN A CIVIL CASE

                    v.

FERGUSON ENTERPRISES, INC.,                  CASE NUMBER: CV-08-168-RHW

                                Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment against Plaintiff Kirk Spangle is Granted in part: Judgment is entered against Plaintiff Spangle and in favor of Defendant Ferguson Enterprises, Inc on Plaintiff's Third, Sixth and Ninth causes of action.

June 3, 2010                                              JAMES R. LARSEN
*Date*                                                    *Clerk*
                                                        s/ Linda Emerson
                                                        *(By) Deputy Clerk*
                                                        Linda Emerson